UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

COLE GARRETT BOUGIE,

Plaintiff,

v.

UPPER PENINSULA STATE BANK, et al.,

Defendants.
______________________________/

Case No. 2:26-cv-57

Hon. Hala Y. Jarbou

**ORDER**

Before the court is Magistrate Judge Maarten Vermaat's report and recommendation (R&R) that Plaintiff's action be dismissed for lack of subject matter jurisdiction and failure to state a claim (ECF No. 15). No parties have filed objections to the R&R, and the deadline for doing so expired on October 9, 2026. Upon review, the Court finds that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 15) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (ECF Nos. 5, 6) are **GRANTED** and Plaintiff's claims are **DISMISSED** for lack of subject matter jurisdiction and failure to state a claim

A judgment will enter in accordance with this Order.

Dated: October 13, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE